IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 5:24-CR-49-CAR-CHW |
| KEYON PONDER, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL**

Currently before the Court is Defendant Keyon Ponder's Unopposed Motion to Continue [Doc. 24] the pretrial conference scheduled for January 2, 2025, and the trial of this case set for January 27, 2025. On September 11, 2024, the Grand Jury returned a nine-count indictment charging Defendant Keyon Ponder with one count of Possession of Stolen Mail, seven counts of Bank Fraud, and one count of Conspiracy to Commit Wire Fraud. On October 21, 2024, Defendant was arrested, appointed counsel, pled not guilty at his initial appearance, and consented to detention pending resolution of his charges. This is the second request for a continuance in this case.

In the Motion, defense counsel states that discovery was received on December 2, 2024, but discovery review has not taken place with Mr. Ponder, and additional time is needed for the parties to complete discovery review, investigate potential defenses, and engage in plea negotiations, if warranted. Having considered the matter, the Court finds

1

it serves the ends of justice to continue the trial of this case. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to effectively represent Defendant, construct a defense, and could result in a miscarriage of justice.

Thus, Defendant's Unopposed Motion to Continue [Doc. 24] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until April 7, 2025, the next regularly scheduled term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 23rd day of December, 2024.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
